IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

ROBERT L. YOUNG and
COREAN YOUNG, his wife,

Plaintiffs,

v.

NOVA ORTHO-MED INC.,

Defendant.
_____/

## COMPLAINT

Plaintiff Robert L. Young (hereinafter "YOUNG") and Plaintiff's Spouse Corean Young sues Defendant Nova Ortho-Med Inc. ("Nova Ortho-Med"), and states:

### INTRODUCTORY ALLEGATIONS

1. This is an action for damages in excess of $50,000.00, exclusive of court costs and interest.

2. At all times material hereto, YOUNG was and is a resident of Duval County, Florida.

3. At all times material hereto, Defendant Nova Ortho-Med is an Illinois corporation with its principal place of business located in Illinois.

4. On June 3, 2022, YOUNG was taking a walk around a track near his apartment complex in Jacksonville, Duval County, Florida. When he sat on the Nova Series Rollator 4269 ("Nova rollator"), the leg of the rollator snapped, causing him to fall and sustain significant injuries.

5. Venue is proper in this Court as the incident that is the subject of this lawsuit occurred in Duval County, Florida.

## JURISDICTION AND VENUE

6. This Court is authorized to exercise personal jurisdiction over Nova Ortho-Med pursuant to the Florida Long-Arm Statute, Fla. Stat. §§ 48.193(1)(a)(1), (1)(a)(2), and (1)(a)(6), because the claims stated herein arise out of Nova Ortho Med:

(a.) Operating, conducting, engaging in, or carrying on a business or business venture in Florida or having an office or agency in Florida;

(b.) Committing a tortious act within Florida; or

(c.) Causing injury to persons or property within Florida arising out of an act or omission committed outside Florida where, at or about the time of the injury, either

(i) Nova Ortho-Med was engaged in solicitation or service activities within Florida, or
(ii) Products, materials, or things processed, serviced, or manufactured by Nova Ortho-Med anywhere were used or consumed in Florida in the ordinary course of commerce, trade, or use.

(d.) Nova Ortho-Med is engaged in substantial and not isolated activity within Florida.

## COUNT I – NEGLIGENCE AGAINST NOVA ORTHO-MED, INC.

7. YOUNG realleges and incorporates paragraphs 1 through 6 of this Complaint as if fully stated herein.

8. On June 3, 2022, YOUNG operated the subject Nova rollator.

9. At that time, Nova Ortho-Med manufactured the Nova Series Rollator 4269.

10. At that time, Nova Ortho-Med negligently manufactured the defective rollator, so that it failed to operate as provided within the user guide for YOUNG.

11. Nova Ortho-Med is responsible for designing, manufacturing, assembling, producing, distributing, and selling the subject Nova rollator.

2

12. At the time the subject Nova rollator left Nova Ortho-Med's final possession, custody, and control, the subject Nova rollator was defective in its design and/or manufacture. Specifically, the subject Nova rollator was defective in at least the following ways:

(a.) The subject Nova rollator failed to bear weight as stated in the user guide; and

(b.) The subject Nova rollator failed while being used in a normal and expected manner.

13. As a direct and proximate result of Nova Ortho-Med's negligence, YOUNG suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. These losses are permanent and continuing, and YOUNG will suffer these losses in the future.

WHEREFORE, Plaintiff, Robert Young, demands judgment against Defendant Nova Ortho-Med, for damages in excess of Fifty Thousand Dollars ($50,000), court costs, and interest, and demands a jury trial on all issues.

## COUNT II – BREACH OF IMPLIED WARRANY OF MERCHANTABILITY AGAINST NOVA ORTHO-MED, INC.

14. YOUNG realleges and incorporates paragraphs 1 through 6 of this Complaint as if fully stated herein.

15. Nova Ortho-Med is engaged in the business of and derives substantial profit from selling and distributing a wide range of consumer products, including the subject rollator.

16. The subject rollator is a good/product.

17. Nova Ortho-Med is a merchant with respect to the subject rollator.

18. Nova Ortho-Med sold and distributed the subject rollator that was provided to YOUNG.

19. The subject rollator was in a defective, unmerchantable, unsuitable, unfit, and unreasonably dangerous condition at the time the subject rollator left Nova Ortho-Med's possession, custody, and control.

20. By selling and distributing the subject rollator that was provided to YOUNG, Nova Ortho-Med impliedly warranted that the subject rollator was of merchantable quality.

21. The subject rollator was not of merchantable quality for at least the following reasons:

   a) The subject rollator is defective in its design, manufacture, and/or warning;

   b) The subject rollator would not pass without objection in the trade under the contract description;

   c) The subject rollator is not of fair average quality;

   d) The subject rollator is not fit for the ordinary purposes for which such a good is used;

   e) The subject rollator does not run within the variations permitted of even kind, quality, or quantity;

   f) The subject rollator was not adequately contained, packaged, or labeled; and

   g) The subject rollator does not conform to the promises or affirmations of fact made by Nova Ortho-Med.

22. The subject rollator's defective and unreasonably dangerous condition does not conform to the merchantable condition impliedly represented by Nova Ortho-Med at the time YOUNG was provided the subject rollator.

23. As a result, Nova Ortho-Med breached the implied warranty of merchantability.

24. Nova Ortho-Med's breach of the implied warranty of merchantability actually and proximately caused injury and damages to YOUNG.

25. YOUNG suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. These losses are permanent and continuing, and YOUNG will suffer these losses in the future.

WHEREFORE, Plaintiff, Robert Young, demands judgment against Defendant Nova Ortho-Med, for damages in excess of Fifty Thousand Dollars ($50,000), court costs, and interest, and demands a jury trial on all issues.

## COUNT III – LOSS OF CONSORTIUM CLAIM AGAINST NOVA ORTHO-MED, INC.

26. Plaintiffs re-allege and incorporate paragraphs 1 through 6 of this Complaint as if fully stated herein.

27. At all times material herein, YOUNG and his spouse, COREAN YOUNG were married and living together as husband and wife.

28. By reason of the foregoing, COREAN YOUNG has been, and will continue to be deprived of the company, comfort, society, income and services of her husband.

WHEREFORE, YOUNG's Spouse, Corean Young respectfully prays this Court enter a judgment in excess of Fifty Thousand Dollars ($50,000) against Nova Ortho-Med, together with costs incurred herein, and grant such other relief as this Court may deem just and proper.

**TERRELL HOGAN YEGELWEL, P.A.**

*/s/ Christine A. Michel*
Christine A. Michel, Esq.
Florida Bar No. 124789
Bradley Bodiford, Esq.
Florida Bar No. 84897
233 East Bay Street, 8th Floor
Jacksonville, FL 32202
Telephone: (904) 722-2228
Facsimile: (904) 632-2027/(904) 758-5359
Primary: michel@terrellhogan.com
bodiford@terrellhogan.com
*Attorney for Plaintiff*

**Anderson & November PLLC**

*/s/ John Henry November*
John Henry November, Esq.
Florida Bar No. 88760
2029 Third Street North
Jacksonville, FL 32250
Telephone: (904) 247-1972
Primary: john@andersonnovember.com
*Co-counsel Attorney for Plaintiff*